UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROWNING,<br><br>               Petitioner,<br><br>      v.<br><br>S. HOLENCIK,<br><br>               Respondent. | Case No. CV 09-5323-SVW (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

///

///

///

IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss and dismissing Petitioner's claim of sentencing error without prejudice to filing a motion pursuant to 28 U.S.C. § 2255; and (3) directing that Judgment be entered dismissing with prejudice Petitioner's claim of error by the U.S. Parole Commission in execution of his sentence.

DATED: 4/26/10

HONORABLE STEPHEN V. WILSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge