JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROWNING,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>S. HOLENCIK,<br><br>　　　　　Respondent. | Case No. CV 09-5323-SVW (OP)<br><br>J U D G M E N T |

　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that Petitioner's claim of sentence error is dismissed without prejudice to filing a motion pursuant to 28 U.S.C. § 2255; and Petitioner's claim of error by the U.S. Parole Commission in execution of his sentence is dismissed with prejudice.

DATED: 4/26/10

　　　　　　　　　　　　　　　　/s/ Stephen V. Wilson
　　　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　United States District Judge

Prepared by:

/s/ Oswald Parada
HONORABLE OSWALD PARADA
United States Magistrate Judge